UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LUIS ERICK CRUZ DE LA PENA, Petitioner,

v. Civil Action No. 3:26-cv-880-RGJ

JEFF TINDALL, et al., Respondents.

* * * * *

**ORDER GRANTING DISMISSAL**

This matter comes before the Court on Petitioner's motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(a)(2). [DE 14 (advising that Petitioner "was granted bond. . . . Accordingly, he has obtained the immediate relief sought through this habeas action and no longer requires the relief requested in the Petition at this time.")]. The Petition is now moot because Petitioner has been released from federal custody. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS ORDERED:**

1. The Motion to Dismiss [DE 14] is **GRANTED**.
2. The pending Petition [DE 1] is **DISMISSED** without prejudice.
3. The action is **CLOSED** and **STRICKEN** from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

November 6, 2026